※ FILED
14 NOV -5 PM 4:01
CIRCUIT COURT
FOR MULTNOMAH COUNTY

IN THE CIRCUIT COURT FOR THE STATE OF OREGON

14CV16841

FOR THE COUNTY OF MULTNOMAH

JEFFREY D. LANHAM, an individual,  ) Case No.
                                   )
         Plaintiff,                ) COMPLAINT FOR DAMAGES (PREMISES
                                   ) LIABILITY; NEGLIGENCE)
    v.                             )
                                   ) Prayer amount: Not to exceed $1,000,000
PILOT TRAVEL CENTERS, LLC, a       )
Delaware limited liability company, and ) Not Subject to Mandatory Arbitration
DOES 1 through 5, inclusive,       )
                                   ) Jury Trial Requested
         Defendants.               )
                                   )
_____)

Plaintiff alleges:

## I. FACTS COMMON TO ALL CLAIMS

1.

At all material times, Plaintiff was an individual residing in Multnomah County.

2.

Defendant Pilot Travel Centers, LLC, is a Delaware limited liability company, ("Pilot") authorized to do business in Oregon with a registered agent in Salem, Oregon, and doing regular and sustained business in Multnomah County.

3.

Plaintiff does not know the true names of defendants DOES 1 through 5, inclusive, and therefore sues them by those fictitious names.

4.

At all relevant times, Defendants owned, operated, leased, maintained and/or had a

Page 1 – COMPLAINT

DJC Law, LLC
342 SE Caruthers Street, Portland OR 97214
Mailing P.O. Box 15069, Portland OR 97293
Phone 971 266 4224 Fax: 888 844 9808

duty to operate, manage and/or maintain both individually and by and or through its agents, servants and/or employees the premises commonly known as Pilot Travel Centers, LLC located in Mt. Home, Idaho.

5.

Defendants invited the general public, including Plaintiff, to park on the premises and to use the premises for obtaining fuel, supplies and other amenities.

6.

On November 8, 2012 at approximately 7:30 a.m., Plaintiff was lawfully on the premises, parked on Defendants' premises in the striped area designated for overnight parking at the west end of the parking lot for the purpose of using its facilities.

7.

Plaintiff was doing a pre-truck inspection when he tripped over a chunk of concrete and/or other debris and fell, causing him to sustain serious injuries and damages as below described.

II. FIRST CLAIM FOR RELIEF

(Premises Liability)

8.

Plaintiff realleges and incorporates by reference the above allegations of paragraphs 1 through 7.

9.

Defendants had a duty to:

a. exercise ordinary care to avoid exposing persons on the premises to an unreasonable risk of harm;

b. remedy any dangerous or defective condition known to Defendants, or which, in the exercise of ordinary care, should have been discovered;

Page 2 – COMPLAINT

DJC Law, LLC
342 SE Caruthers Street, Portland OR 97214
Mailing P O Box 15069, Portland OR 97293
Phone 971 266 4224 Fax 888 844 9808

Exhibit A, Page 2 of 6

1    c.  warn of any dangerous or defective condition known to Defendants, or which, in
2  the exercise of ordinary care, should have been discovered;
3    d.  exercise ordinary care under all the circumstances towards invitees who come
4  on the premises in all portions of the premises to which an invitee may reasonably be
5  expected to go;
6    e.  exercise ordinary care in the inspection of the premises for the purpose of
7  discovering dangerous conditions; and
8    f.  maintain their facilities in a safe condition.
9                                    10.
10    In breach of their duties, as above set forth in paragraph 9, Defendants:
11    a.  Failed to maintain operate, manage and control the premises including, but not
12  limited to, the parking lot, truck inspection area and/or surrounding area where Plaintiff fell,
13  in a reasonably safe condition;
14    b.  Failed to remove concrete chunks and/or other debris in an area where Plaintiff
15  would be expected to go;
16    c.  Allowed a concrete wall on the premises near the area where Plaintiff fell to
17  remain in disrepair when Defendants knew, or in the exercise of reasonable care should have
18  known, the disrepair created an unreasonable risk of harm to Plaintiff and others lawfully on
19  the premises;
20    d.  Failed to warn Plaintiff of the danger presented by the presence of the debris in
21  the parking lot, trucking inspection area and/or surrounding area where Plaintiff fell;
22    e.  Failed to make a reasonable inspection of its premises when it knew or in the
23  exercise of ordinary should have known that said inspection was necessary to prevent injury
24  to Plaintiff and others lawfully on the premises;
25    f.  Allowed the premises to remain in a dangerous condition for an unreasonable

Page 3 – COMPLAINT

DJC Law, LLC
342 SE Caruthers Street, Portland OR 97214
Mailing P O Box 15069, Portland OR 97293
Phone  971 266 4224  Fax  888 844 9808

*1*

1  length of time with debris remaining in the areas where Plaintiff would be expected to go
2  and creating a tripping hazard;

3      g.    Failed to provide adequate lighting for the premises including, but not limited
4  to the parking lot, truck inspection area and/or surrounding area where Plaintiff fell;

5      h.    Failed to repair the concrete wall in the area where Plaintiff fell;

6      i.    Created the dangerous or defective condition in the parking lot, truck
7  inspection area and/or surrounding area where Plaintiff fell;

8      j.    Failed to place barriers between where trucks would be expected to be
9  parked and the concrete wall behind them; and

10      k.    Failed to otherwise exercise due care with respect to the condition of the
11  premises.

12                            11.

13      As a direct and proximate result of Defendants' violation of their duties to
14  invitees and others lawfully on the premises and as above set forth in paragraphs 8-18,
15  Plaintiff tripped and fell while on the premises and suffered severe, disabling and permanent
16  injuries including, but not limited to, concussive head injury, L5-S1 radiculopathy,
17  foraminal disk injury and loss of disk height, which ultimately resulted in L5 nerve root
18  impingement and required surgical intervention of a spinal fusion and a discectomy. The
19  fall resulted in an aggravation and a pathological worsening of Plaintiff's preexisting,
20  asymptomatic spinal condition by causing an increase in the disc protrusions and/or nerve
21  root contusions, resulting in accompanying pain and suffering, all to his noneconomic
22  damages in an amount not to exceed $499,000.00 and to be determined at the time of trial.

23                            12.

24      As a direct and proximate result of Defendants' violations of their duties to
25  invites and other lawfully on the premises and as above set forth in paragraphs 8-10,

Page 4 – COMPLAINT

DJC Law, LLC
342 SE Caruthers Street, Portland OR 97214
Mailing P O Box 15069, Portland OR 97293
Phone 971 266 4224 Fax 888 844 9808

Exhibit A, Page 4 of 6

1  Plaintiff has incurred medical expenses for surgeries, hospitalization, medical treatment and
2  lost wages, and will continue to incur medical expenses and lost future wages, all to
3  Plaintiff's economic damages in an amount not to exceed $499,000.00 and to be determined
4  at the time of trial.

5                    III. SECOND CLAIM FOR RELIEF
6                              (Negligence)
7                                  13.
8  Plaintiff realleges and incorporates by reference the above allegations of paragraphs
9  1 through 12.
10                                 14.
11  Defendants were negligent as above set forth in paragraph 10.
12                                 15.
13  As a direct and proximate result of Defendants' negligence, Plaintiff was injuries as
14  above set forth in paragraphs 11 and 12.
15
16  WHEREFORE, Plaintiff prays for judgment against Defendants as follows:
17      1.    For noneconomic damages in an amount to be determined at trial, not to
18  exceed $499,000.00;
19      2.    For economic damages in an amount to be determined at trial, not to exceed
20  $499,000.00;
21      3.    For Plaintiff's costs and disbursements incurred herein; and
22      4.    For any such other relief as the court shall deem just and equitable.
23  ////
24  ////
25  ////

Page 5 – COMPLAINT

DJC Law, LLC
342 SE Caruthers Street, Portland OR 97214
Mailing: P O Box 15069, Portland OR 97293
Phone  971 266 4224  Fax  888 844 9808

1   Dated this 5th day of November, 2014.

2                               DJC LAW, LLC

3

4                               _____
                                Dayna Jahnke Corwin, OSB No. 930121
5                               dayna@djc-law.com
                                Of Attorneys for Plaintiff
6
                                Laura Chock, OSB No. 980438
7                               laura@laurachock-law.com
                                Of Attorneys for Plaintiff

Page 6 – COMPLAINT

DJC Law, LLC
342 SE Caruthers Street, Portland OR 97214
Mailing P O Box 15069, Portland OR 97293
Phone 971 266 4224 Fax 888 844 9808